THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LUIS BURGOS-SANTOS, Appellant.

Submitted February 14, 2006; decided February 16, 2006

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that no civil appeal lies from the order of the Appellate Division entered in this criminal proceeding (*see* NY Const, art VI, § 3 [b]; CPLR 5601; CPL 450.90).

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LEONARD CONFORTI, Also Known as MARTIN COHEN, Appellant.

Submitted February 14, 2006; decided February 16, 2006

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSEPH SWINTON, Appellant.

Submitted February 14, 2006; decided February 16, 2006

Motion for assignment of counsel granted and Lynn W.L. Fahey, Esq., Appellate Advocates, 2 Rector Street, 10th Floor, New York, NY 10006 assigned as counsel to the appellant on the appeal herein.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SILVA SWINTON, Appellant.

Submitted February 14, 2006; decided February 16, 2006

Motion for assignment of counsel granted and Kevin Costello, Esq., 43-31 194th Street, Flushing, New York 11358 assigned as counsel to the appellant on the appeal herein.